Marty Harper (AZ #003416)
Katherine V. Brown (AZ #026546)
**POLSINELLI SHUGHART PC**
Cityscape
One East Washington, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2047
Facsimile: (602) 264-7033
E-Mail: mharper@polsinelli.com
E-Mail: kvbrown@polsinelli.com
*Local Counsel*

David F. Adler (Ohio #0037622)
James R. Wooley (Ohio #0033850)
Louis A. Chaiten (Ohio #0072169)
Eric E. Murphy (Ohio #0083284)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
*Of Counsel* (admitted pro hac vice)

*Attorneys for Defendants*
*Mayer Hoffman McCann P.C.,*
*CBIZ, Inc., and CBIZ MHM, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ML LIQUIDATING TRUST, as successor-in-interest to Mortgages Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>MAYER HOFFMAN MCCANN P.C., a Missouri professional corporation; CBIZ, Inc., a Delaware corporation; CBIZ MHM, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. CV 10-2019-PHX-RRB<br><br>**MOTION FOR LEAVE TO FILE SUR-REPLY OF DEFENDANTS MAYER HOFFMAN MCCANN P.C., CBIZ, INC., AND CBIZ MHM, LLC** |

Defendants Mayer Hoffman McCann P.C., CBIZ, Inc., and CBIZ MHM, LLC (collectively "Defendants") hereby respectfully move for leave to file their Sur-Reply to the Reply in Support of Its Motion to Remand to State Court of Plaintiff ML Liquidating Trust ("Trust"). A copy of the Sur-Reply is attached as Exhibit 1. In the Trust's Reply in Support of Its Motion to Remand to State Court (Doc. 41 (hereinafter "Reply")), the Trust for the first time raises an argument regarding the citizenship of trusts for the purposes of diversity jurisdiction. Because this argument was not made in the Trust's initial motion to remand, Defendants should be granted an opportunity to respond.

This motion is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL AND PROCEDURAL BACKGROUND

On September 21, 2010, Defendants removed this case to federal court. (Doc. 1, Notice of Removal.) The Trust filed its Motion to Remand to State Court on November 19, 2010. (Doc. 33 (hereinafter "Mot. to Remand").) In its Motion to Remand, the Trust did not dispute the allegations concerning the Trust's citizenship in Defendants' Notice of Removal. (*See generally* Mot. to Remand at 15-17.) Defendants filed their Response to the Trust's Motion to Remand on December 22, 2010. (Doc. 35.) Three weeks later, on January 14, 2011, the Trust filed its Reply in Support of Its Motion to Remand to State Court. (Doc. 41, (hereinafter "Reply").) Instead of limiting its Reply to those arguments set forth in Defendants' Response, the Trust argued for the first time that this Court should look to both the citizenship of Trust beneficiaries and the Trustee, rather than the Trustee alone, in determining the citizenship of the Trust. (Reply at 9-11.)

### II. ARGUMENT AND AUTHORITIES

Courts generally do not consider new legal arguments raised for the first time in a reply brief, in part, because the opposing party "has not been given the opportunity to respond." *Lentini v. Cal. Ctr. for the Arts, Escondido*, 370 F.3d 837, 843 n.6 (9th Cir.

2004); *see also MJG Enters., Inc. v. Cloyd*, No. 10-0086-PHX-MHM, 2010 WL 3842222, at *6 n.1 (D. Ariz. Sept. 27, 2010) (citing *Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003); *Burlington N. & Santa Fe Ry. Co. v. Vaughn*, 509 F.3d 1085, 1093 n.3 (9th Cir. 2007); *United States v. Wright*, 215 F.3d 1020, 1030 n.3 (9th Cir. 2000) (declining to consider an argument raised for the first time in reply brief). In its Reply, the Trust improperly raises new issues regarding the citizenship of trusts. The Trust never previously disputed its state of citizenship referenced in Defendants' Notice of Removal. Allowing the Trust to engage in this unfair tactic deprives Defendants of the opportunity "to show that the new theory lacks legal . . . support." *Sophanthavong v. Palmateer*, 365 F.3d 726, 737 (9th Cir. 2004). To cure this defect, Defendants respectfully request leave to file the attached Sur-Reply.

**III. CONCLUSION**

For the foregoing reasons, Defendants respectfully move for leave to file the attached Sur-Reply.

DATED: January 24, 2011

Respectfully submitted,

By: /s/ *Katherine V. Brown*

Marty Harper
Katherine V. Brown
Cityscape
One East Washington, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2047
Facsimile: (602) 264-7033
E-Mail: mharper@polsinelli.com
E-Mail: kvbrown@polsinelli.com
*Local Counsel*

David F. Adler (admitted pro hac vice)
James R. Wooley (admitted pro hac vice)
Louis A. Chaiten (admitted pro hac vice)
Eric E. Murphy (admitted pro hac vice)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
*Of Counsel (admitted pro hac vice)*

*Attorneys for Defendants*
*Mayer Hoffman McCann P.C., CBIZ, Inc., and CBIZ MHM, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2011, I electronically filed the foregoing Joint Motion to Dismiss Complaint with the Clerk of the Court using the CM-ECF system and served the following parties by U.S. mail:

Nicholas J. DiCarlo
Christopher A. Caserta
DICARLO CASERTA MCKEIGHAN &
PHELPS, PLC
6900 East Camelback Road, Suite 250
Scottsdale, AZ 85251
*Counsel for ML Liquidating Trust*

/s/ *Katherine V. Brown*